**E-FILED on** 3/31/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAI NGUYEN,<br><br>      Petitioner,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>      Respondent. | No. C-08-04405 RMW<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant Commissioner and against Plaintiff Hai Nguyen and that Plaintiff take nothing by way of her complaint.

DATED:　　3/31/11

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-04405 RMW
JLR